## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Yanny Sánchez, having been first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint for the arrest of RICARDO PEREZ-OCASIO, a/k/a "Richard," for violations of 18 U.S.C. § 2252A(a)(2)(B) - Receipt of child pornography and 18 U.S.C. § 2252A(a)(5)(B) - Possession of child pornography.

2. I am a Homeland Security Investigations (HSI) Special Agent (SA) assigned to San Juan, Puerto Rico. I have been so employed since July 2023. I am currently assigned to the Human Exploitation Investigations Group (HEIG). This group conducts a wide variety of investigations of crimes, including crimes where computers and the internet are used in the sexual exploitation of children. HEIG also investigates violations involving the production or trafficking of child pornography. I have received formal and on-the-job training in the investigation of cases involving the sexual exploitation of children to include training programs, participation in the execution of search warrants involving child pornography, and participation in warrants involving seizures of computers and other digital storage media. In addition, I have received extensive training in areas including, but not limited to, weapons trafficking, drug smuggling, organized crime activity, and immigration law violations

3. I attended and successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Centers (FLETC) in Brunswick, Georgia. The training included topics such as electronic law and evidence, the seizure of computers and smartphones, basic digital forensics processing, and the investigative uses of data. I have also received training in Child Sexual Abuse Material (CSAM),

child exploitation and have had the opportunity to observe and review examples of child pornography.

4. The information set forth in this affidavit is based on my own observations and review of documents, or reliable information provided to me by other law enforcement personnel. Because this affidavit is being prepared for the limited purpose of securing the requested criminal complaint, I have not set forth all the facts known to me about this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of 18 U.S.C. § 2252A(a)(2)(B) - Receipt of child pornography and 18 U.S.C. § 2252A(a)(5)(B) - Possession of child pornography, have been committed by RICARDO PEREZ-OCASIO, a/k/a "Richard."

5. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging RICARDO PEREZ-OCASIO, a/k/a "Richard," a United States Citizen, with the following violations: 18 U.S.C. § 2252A(a)(2)(B) - Receipt of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) - Possession of child pornography material.

## PROBABLE CAUSE

6. On or about November 10, 2025, agents from HSI HEIG, received Cyber Tipline (CT) report 220210561 from the National Center for Missing and Exploited Children (NCMEC) regarding files that appear to contain child sexual abuse material (CSAM) and had been uploaded via Google Photos and Google Drive.

7. The name Richard Pérez was documented in the report and the accounts documented on the CT report are "RICHY8182@GMAIL.COM" and ODRACIR1515@GMAIL.COM. CT report 220210561 is linked to an additional 11 CT reports for a total of 12 reports. There are approximately 636 files of CSAM throughout the 12 reports. One of the CT reports also has a

2

Google account under RICARDOPEREZOCASIO@GMAIL.COM. Further, phone number (787) 315-8829 was documented in 11 CT reports.

8. Several IP addresses were gathered from these CT reports. Summons were requested for the IP addresses and came back to an address in Alturas de Campo Rico, 463 Calle 15, Canóvanas, Puerto Rico. The investigation revealed that in this address live 6 adults, to include Ricardo Pérez-Ocasio, a/k/a "Richard," and 2 minors.

9. The following are descriptions of the CSAM reported in the NCMEC CT reports. The files described have been viewed by Google and confirmed as CSAM. These are not all the files contained within the NCMEC CT report. This Affiant viewed the files below and described them as follows:

- Filename: IMG-453925a018f12e20a04dc31a2b9f724b-V.jpg: depicts two (2) separate photos merged into one (1). The top photo depicts a minor performing oral sex on the erect penis on a grown adult. The bottom photo also depicts a minor performing oral sex on the erect penis of a grown man. (CT report 220210561)
- Filename: video-233dc8fe031b63b832e18531184ea346-V.mp4: depicts a female minor pulling her underwear to the side and exposing her vagina. The female minor later inserts one (1) finger in her vagina. (CT report 220210561)
- Filename: video-4045f8c9f5f765727463c95d0c7747e7-V.mp4: depicts a female minor in a blue dress. The female minor in dancing. The female minor then proceeds to pull down her dress to expose her breasts. The female minor then proceeds to take off her dress and underwear and starts to masturbate. (CT report 220280589)
- Filename: video-9d0dd9fe1af53215ef57573197aae619-V.mp4: depicts a female minor laying on her back. Although the face of the female minor is visible, the focus is on her

3

vagina and anus. The female minor can be seen masturbating and inserting a finger in her vagina. (CT report 220280589)

- Filename: video-bb4914890e273db74838dac7d516180c-V.mp4: depicts a female minor in a bathroom with a hairbrush on her hand. The female minor pulls down her pants, exposing her vagina. The female minor then removes her shirt and brings her glutes to the camera lens, exposing her anus. The female minor then begins to masturbate with the hairbrush. (CT report 220265430)

- Filename: video-0387abecd02f981ab830c236d8f041b1-V.mp4: depicts a female minor without underwear unzipping her jacket. The female minor then turns around and bends at the waist exposing her vagina. The female minor then proceeds to pull down her bra, exposing her breasts. (CT report 220983377)

- Filename: video-922b2af59546b8d6ffd2bbe71a205d18-V.mp4: depicts a female minor lying in bed with both her vagina and anus exposed. The female minor the proceeds to spread her vagina and anus with both hands. The female minor then starts to lubricate a lint roller and inserts it in her anus.

10. On February 3, 2026, a United States Magistrate Judge issued a Search and Seizure Warrant for the residence located at Alturas de Campo Rico, 463 Calle 15, Canóvanas, PR.

11. On February 5, 2026, HSI proceeded to execute the search warrant at the above-mentioned address. In the house, Agents found 4 mobile telephones belonging to Richard Pérez-Ocasio, a/k/a "Richard." The description of the phones is as follows:

   a) Celeros Cellphone,

   b) Vortex Cellphone,

   c) Samsung Cellphone, and

d) LG Cellphone.

12. These phones were found in PEREZ-OCASIO's bedroom. The 4 phones were plugged into a power strip and laying on the bed of PEREZ-OCASIO.

13. During the preliminary forensic analysis of PÉREZ-OCASIO's mobile phones, the forensic agent found approximately 1,000 videos and images of child pornography material on 2 of these phones. The phones which were found to contain child pornography material are the Celeros Cellphone and the LG Cellphone.

14. The following are some descriptions of the images and videos found on the Celeros Cellphone. These were received by PEREZ-OCASIO through a WhatsApp chat called "Niña" which PEREZ-OCASIO was a member of from June 27, 2024, to July 4, 2024. The username on the WhatsApp application for the Celeros Cellphone is "Ricardo." The "Niña" chat contains 59 images and videos containing child pornography material. This Affiant observed some images and videos located in this chat and are described as follows:

-One image depicts a prepubescent female, of approximately 6 to 7 years old, laying on her chest sucking on her thumb while being penetrated both through her anus and vagina by two grown men.

-One video depicts a prepubescent female, of approximately 8 to 10 years old, laying on her chest, with her legs spread out, and without any underwear, exposing her vagina while also masturbating. The female minor then proceeds to dance with her hands and knees on the floor while also exposing her vagina.

-One video depicts a prepubescent minor, of approximately 7 to 10 years old, sitting on top of a grown man while penetrated by him. The grown man is laying in a bed.

15. The Celeros Cellphone has phone number: (939) 699-4105, IMEI: 867222065039051 and serial number TO59GQ796PBAQ4SK.

16. The Google Photos application on the Celeros Cellphone contains selfie images of PEREZ-OCASIO.

17. A forensic extraction was performed on the LG Cellphone which revealed several Google accounts. Some of these include:

    a) ODRACIR1515@GMAIL.COM,

    b) RICARDOPEREZOCASIO@GMAIL.COM and

    c) RICHY8182@GMAIL.COM.

These three Google accounts were reported on the CT reports. These email accounts belonged or were used by PEREZ-OCASIO.

18. The LG Cellphone has phone number (787) 315-8829 and IMEI 354590111318202. Phone number (787) 315-8829, registered to the LG Cellphone, was documented on 11 of the CT reports.

19. The following are some descriptions of the images and videos found on the LG Cellphone.

-One video depicts a prepubescent female, approximately 10 to 12 years old, sitting against the wall with her breasts and vagina exposed. The female minor is masturbating.

-One video depicts a prepubescent female minor, approximately 8 to 10 years old, sitting down with her legs spread open. The female minor proceeds to insert her hand inside her underwear and starts to masturbate. The female minor then removes her underwear, exposing her vagina and continues to masturbate.

6

20. HSI Agents read Ricardo PÉREZ-OCASIO's constitutional rights, which he waived and agreed to be interviewed by the agents. During the interview, PÉREZ-OCASIO stated that he has received and possessed child pornography since he was 17 years old; that he is part of a child pornography chat that shares child pornography material and that he mostly enjoys videos of minor girls masturbating. PÉREZ-OCASIO was subsequently placed under arrest.

## CONCLUSION

21. Based on the above information and facts, this Affiant respectfully submits that there is probable cause to believe that, that Ricardo Pérez-Ocasio, a/k/a "Richard," has violated 18 U.S.C. §2252A(a)(2)(B) - Receipt of child pornography and 18 U.S.C. §2252A(a)(5)(B) - Possession of child pornography.

Yanny Sánchez
Special Agent
Homeland Security Investigations

Subscribed and sworn before me, in San Juan, Puerto Rico, on this 5th day of February 2026.

MARSHAL D. MORGAN
United States Magistrate Judge
District of Puerto Rico